## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

University of Chicago, The

|  | Plaintiff, |  |
| --- | --- | --- |

v.

Case No.:
1:25−cv−11050

Honorable April M. Perry

Police Benevolent & Protective Association of
Illinois, Local 185

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

   MINUTE entry before the Honorable April M. Perry: Motion for extension of time [8] is granted. Defendant to answer or otherwise plead to the complaint by 12/10/2025. There is no need for the parties to appear at the motion hearing scheduled for 11/6/2025. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.